AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| BENJAMIN POITEVINT, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10-cv-700-J-12TEM |
| DYNAMIC RECOVERY SERVICES, INC., a corporation, and ROBERT TEH, an individual | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Teh
c/o Dynamic Recovery Services, Inc.
4101 McEwen Rd. #150
Farmers Branch, TX 75244


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alex D. Weisberg
Weisberg & Meyers, LLC
5722 S. Flamingo Road, #656
Cooper City, FL 33330


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/23/10

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 3:10-CV-700-J-12TEM

Plaintiff:
**BENJAMIN POITEVINT**
vs.
Defendant:
**DYNAMIC RECOVERY SERVICES, INC., A CORPORATION AND ROBERT TEH, AN INDIVIDUAL**

For: Alex Weisberg
WEISBERG & MEYERS, LLC

Received by Pronto Process - Austin on the 14th day of October, 2010 at 12:20 pm to be served on **ROBERT TEH C/O DYNAMIC RECOVERY SERVICES, INC., 4101 MCEWEN RD. # 150, FARMERS BRANCH, TX 75244**. I, Branden Carraway, do hereby affirm that on the 18th day of October, 2010 at 3:28 p.m., executed service by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Loretta Chambers as Receptionist.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # Sch 6575
Appointed in accordance with State Statutes

**Pronto Process - Austin**
**106 E. 6th Street**
**Suite 800**
**Austin, TX 78701**
**(512) 472-8777**
Our Job Serial Number: 2010001991