UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BENJAMIN POITEVINT,

    Plaintiff,

v.                             Case No.3:10-cv-700-J-12TEM

DYNAMIC RECOVERY SERVICES, INC.,
ans ROBERT TEH, etc.,

    Defendants.

## ORDER

This cause is before the Court on Plaintiff's Notice [of Dismissal of the Case with Prejudice] (Doc. 13), filed January 25, 2011.

Pursuant to the Court's Order (Doc. 11) filed January 20, 2011, the Clerk entered a default against both Defendants for their failure to plead or otherwise defend this action. See Doc. 12. As a result, dismissal by Plaintiff is appropriate pursuant to Fed.R.Civ.P. 41(a). Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That this case is hereby dismissed with prejudice and the Clerk is directed to terminate all pending motions, hearings, and deadlines, and to close the case.

**DONE AND ORDERED** this ___26th___ day of January 2011.

*/s/ Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:    Counsel of Record